DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| | | | |
|---|---|---|---|
| 061P16 | State v. Carlton Washington Tomlinson | 1. Def's Motion for Temporary Stay (COA15-585) | 1. Allowed **02/25/2016** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. |
| 062P16 | State v. Walter Lemley, Jr. | 1. Def's *Pro Se* Motion for PDR (COAP16-47) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 069P06-3 | State v. Terraine Sanchez Byers | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-897) | Dismissed **Ervin, J., recused** |
| 069P13-2 | Albert C. Burgess, Jr. v. eBay, Inc., et al. | 1. Plt's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied |
| | | 2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **Ervin, J., recused** |
| 070P16 | State v. Nicolas Olivares Pineda | 1. State's Motion for Temporary Stay (COA15-800) | 1. Allowed **03/04/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 072P16 | Christina D'Alessandro v. Adam D'Alessandro | 1. Def's Motion for Temporary Stay (COA15-357) | 1. Allowed; Existing Bond Extended **03/07/2016** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. |
| 084P15-3 | State v. Curtis Louis Sangster | 1. Def's *Pro Se* Petition for *Writ of Mandamus* (9 November 2015) | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* (16 November 2015) | 2. Dismissed |
| | | 3. Def's *Pro Se* Petition for *Writ of Mandamus* (23 November 2015) | 3. Denied **11/25/2015** |
| | | 4. Def's *Pro Se* Petition for *Writ of Mandamus* (3 December 2015) | 4. Dismissed |
| | | 5. Def's *Pro Se* Petition for Writ of Prohibition | 5. Dismissed |
| | | 6. Def's *Pro Se* Petition for *Writ of Mandamus* (28 January 2016) | 6. Dismissed |